# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A T & T MOBILITY, LLC,

        Plaintiff,

-vs-                                      Case No. 6:12-cv-729-Orl-28DAB

THE PHONE CARD WAREHOUSE, INC.,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Final Judgment Against Defendant The Phone Card Warehouse, Inc. (Doc. No. 16) filed August 3, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 27, 2012 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment Against Defendant The Phone Card Warehouse, Inc. (Doc. No. 16) is **GRANTED**.

3. Default Final Judgment is hereby entered in Plaintiff's favor against Defendant The Phone Card Warehouse, Inc. for the principal amount of $913,043.48 due under the Settlement Agreement, together with interest and attorney's fees and costs.

4. Attorney's fees are awarded to Plaintiff in the amount of $5,264.46. Costs are awarded to Plaintiff in the amount of $410.00.

5. Plaintiff shall submit a proposed final judgment no later than September 27, 2012, with interest calculated through September 28, 2012.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21 day of September, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] The Court is aware of the proposed final judgment submitted by Plaintiff on August 30, 2012, pursuant to the direction in the Report and Recommendation. However, that proposed final judgment only has interest calculated through August 30, 2012.